# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Morgan, Marshal D. | **2. Court or Organization**<br><br>U.S. District Court - District of Puerto Rico | **3. Date of Report**<br><br>04/08/2021 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full-Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Federal Building
Room 150
150 Chardon Avenue
San Juan, Puerto 00918

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | AMGS&PO Retirement Account with former law firm; Firm managed asset selection; no new contributions to account by me or the firm since 2005; not profit sharing |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Marshal D. | 04/08/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Puerto Rico Department of Justice - Salary for being the Attorney General of Puerto Rico |
| 2. 2020 | Adsuar Muniz Goyco Seda & Perez-Ochoa PSC - Salary as Special Counsel of the Law Firm |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Boston University, Boston, Massachusetts | Tuition Agreement | J |
| 2. University of San Diego | Tuition Agreement | J |
| 3. SallieMae | Tuition Payment for BLM BU | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AMGS&OP RETIREMENT PLAN: | | | | | | | | | |
| 2. -Deposit Management Program I Fund ID: DXP000015 | A | Dividend | L | T | | | | | |
| 3. -Growth Fund of America Fund ID: RGAFX | F | Dividend | M | T | | | | | |
| 4. Vanguard Interm.-Term Treasury Fund ID:VFITX | A | Dividend | J | T | | | | | |
| 5. PERSONAL BANK ACCOUNTS | | | | | | | | | |
| 6. PenFed Cash Account | A | Dividend | J | T | | | | | |
| 7. Banco Popular Cash/Savings Accounts | A | Interest | K | T | | | | | |
| 8. Caribe Federal Credit Union Checking/ Savings Accounts | A | Dividend | K | T | | | | | |
| 9. NORTHWESTERN MUTUAL LIFE INSURANCE POLICIES | | | | | | | | | |
| 10. Northwestern Mutual Whole Life Insurance Policy ▨ | A | Distribution | M | T | | | | | |
| 11. NORTHWESTERN MUTUAL VARIABLE COMPLIFE ▨ | | | | | | | | | |
| 12. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 13. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 14. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 15. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 16. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 17. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 19. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 20. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 21. NORTHWESTERN MUTUAL VARIABLE COMPLIFE ▒ | | | | | | | | | |
| 22. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 23. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 24. Govt Money Market (MSA/BlackRock) | A | Dividend | J | T | | | | | |
| 25. Balanced (MSA) | A | Dividend | J | T | | | | | |
| 26. Inde 500 Stock (MSA) | A | Dividend | J | T | | | | | |
| 27. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 28. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 29. Growth Stock (MSA/The Boston Company) | A | Dividend | J | T | | | | | |
| 30. Large Cap Core Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 31. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 32. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 33. US Strategic Equity (RIF) | A | Dividend | J | T | | | | | |
| 34. US Small Cap Equity (RIF) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. International Development Markets (RIF) | A | Dividend | J | T | | | | | |
| 36. Global Real Estate Securities (RIF) | A | Dividend | J | T | | | | | |
| 37. Strategic Bond (RIF) | A | Dividend | J | T | | | | | |
| 38. Asset Allocation (MSA) | A | Dividend | J | T | | | | | |
| 39. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 40. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 41. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 42. Mid Cap Value (MS Amer Century) | A | Dividend | J | T | | | | | |
| 43. FocusedAppreciation (MSA/LoomisSayles) | A | Dividend | J | T | | | | | |
| 44. Equity Income (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 45. Fidelity VIP Mid Cap - Service Class 2 | A | Dividend | J | T | | | | | |
| 46. Large Company Value (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 47. Large Cap Blend (MSA/Fiduciary Mgmt) | A | Dividend | J | T | | | | | |
| 48. Neuberger Berman Sustainable Equity | A | Dividend | J | T | | | | | |
| 49. Fidelity VIP Contrafund Service Class2 | A | Dividend | J | T | | | | | |
| 50. Index 600 Stock (MSA) | A | Dividend | J | T | | | | | |
| 51. Research International Core (MSA/MFS) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Emerging Markets Equity (MSA/Aberdeen) | A | Dividend | J | T | | | | | |
| 53. Short-Term Bond (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 54. Inflation Protection (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 55. Long Term U.S. Govt Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 56. Multi Sector Bond (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 57. LifePoints Moderate (RIF) | A | Dividend | J | T | | | | | |
| 58. LifePoints Balanced (RIF) | A | Dividend | J | T | | | | | |
| 59. LifePoints Growth (RIF) | A | Dividend | J | T | | | | | |
| 60. LifePoints Equity Growth (RIF) | A | Dividend | J | T | | | | | |
| 61. Credit Suisse Commodity Strategy | A | Dividend | J | T | | | | | |
| 62. NORTHWESTERN MUTUAL VARIABLE COMPLIFE | | | | | | | | | |
| 63. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 64. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 65. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 66. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 67. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 68. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
- A =$1,000 or less
- B =$1,001 - $2,500
- C =$2,501 - $5,000
- D =$5,001 - $15,000
- E =$15,001 - $50,000
- F =$50,001 - $100,000
- G =$100,001 - $1,000,000
- H1 =$1,000,001 - $5,000,000
- H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
- J =$15,000 or less
- K =$15,001 - $50,000
- L =$50,001 - $100,000
- M =$100,001 - $250,000
- N =$250,001 - $500,000
- O =$500,001 - $1,000,000
- P1 =$1,000,001 - $5,000,000
- P2 =$5,000,001 - $25,000,000
- P3 =$25,000,001 - $50,000,000
- P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
- Q =Appraisal
- R =Cost (Real Estate Only)
- S =Assessment
- T =Cash Market
- U =Book Value
- V =Other
- W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 70. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 71. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 72. NORTHWESTERN MUTUAL VARIABLE COMPLIFE | | | | | | | | | |
| 73. Select Bond (MSA/Wells Capital Mgmt) | A | Dividend | J | T | | | | | |
| 74. International Equity (MSA/Franklin Tmpl) | A | Dividend | J | T | | | | | |
| 75. Govt Money Market (MSA/BlackRock) | A | Dividend | J | T | | | | | |
| 76. Mid Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 77. High Yield Bond (MSA/Federated Inv.) | A | Dividend | J | T | | | | | |
| 78. Index 400 Stock (MSA) | A | Dividend | J | T | | | | | |
| 79. Small Cap Growth Stock (MSA/Wellington) | A | Dividend | J | T | | | | | |
| 80. International Growth (MSA/FIAM LLC) | A | Dividend | J | T | | | | | |
| 81. Small Cap Value (MSA/T. Rowe Price) | A | Dividend | J | T | | | | | |
| 82. Domestic Equity (MSA/Delaware) | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Marshal D.** | 04/08/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marshal D. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544